IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: English, Rico-Wayne H | Case Number: 07 B 18110 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 10/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 27, 2009
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,735.51 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,627.71 |
| Trustee Fee: | | 107.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,735.51 | 1,735.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 1,627.71 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 5. | First Southwestern Financial | Unsecured | 1,370.75 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 150.55 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 73.72 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 611.00 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 105.78 | 0.00 |
| 10. | Renicia Woods | Priority | | No Claim Filed |
| 11. | Tasha Mead | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Professional Account Management | Unsecured | | No Claim Filed |
| 15. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 5,879.80 | $ 1,627.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.54 |
| 6.5% | 71.43 |
| 6.6% | 10.83 |
| | $ 107.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** English, Rico-Wayne H

Printed: 03/24/09

Case Number: 07 B 18110
Judge: Goldgar, A. Benjamin
Filed: 10/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: